IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM E. CALDWELL,<br><br>Plaintiff,<br><br>v.<br><br>DETECTIVE LOGAN SPICER, *et al.*,<br><br>Defendants. | C.A. No. 25-964-CFC-SRF |

**ORDER**

At Wilmington on this 31st day of August in 2026, having considered the Report and Recommendation by United States Magistrate Judge Sherry R. Fallon filed on August 10, 2026 (D.I. 31), and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

It is HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation (D.I. 31) is **ADOPTED**.

2. Defendants Thomas Ford and William Miller's motion to dismiss for failure to state a claim (D.I. 18) is **GRANTED** without prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

3. Plaintiff is granted leave until on or before **September 30, 2026** to file an amended complaint remedying the deficiencies noted in the Report and Recommendation.

Chief Judge